

# Missouri Court of Appeals
## Southern District

**MARCH 22, 2016**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1.  SD34011  IN THE INTEREST OF A.S.R., Minor,
M.N.R., Mother, Respondent-Appellant,
vs.
S.A.P., D.S.P., MISSOURI DEPARTMENT OF SOCIAL
SERVICES – CHILDREN'S DIVISION, and JASPER
COUNTY JUVENILE OFFICE, Respondents-Respondents